No. 72–1206. READER'S DIGEST ASSN., INC. *v.* WASH-INGTON. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question.

No. 72–6255. RUDERER *v.* UNITED STATES ET AL. Appeal from D. C. E. D. Ill. dismissed for want of jurisdiction. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this appeal.

No. 72–1130. DENHAM ET AL., DBA DENHAM CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded with instructions to remand case to the National Labor Relations Board for such further proceedings as may be appropriate in light of *Burns International Security Services, Inc.* v. *NLRB,* 406 U. S. 272 (1972). *FTC* v. *Sperry & Hutchinson Co.,* 405 U. S. 233, 245–250 (1972); *SEC* v. *Chenery Corp.,* 318 U. S. 80, 87–88 (1943).

No. 72–6347. BUMPUS *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for reconsideration in light of *Ham* v. *South Carolina,* 409 U. S. 524 (1973).

No. 72–550. BRADLEY ET AL. *v.* STATE BOARD OF EDU-CATION OF VIRGINIA ET AL. C. A. 4th Cir. [Certiorari granted, 409 U. S. 1124.] Motion of Black Parents of Atlanta, Georgia, for leave to file an untimely brief as *amici curiae* in support of petitioners granted. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.